STATE OF CONNECTICUT *v.* CHARLES MEBANE

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 243, is denied.

*Francis T. Mandanici,* in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.

Decided February 9, 1989

FERDIE CATROPA *v.* CHRIS BARGAS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 17 Conn. App. 285, is denied.

*George Ganim, Jr.,* in support of the petition.

*David J. McDonald,* in opposition.

Decided February 9, 1989

CLAUDIA EMERICK *v.* ROGER EMERICK

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 811, is denied.

*Roger Emerick,* pro se, in support of the petition.

Decided February 9, 1989

ST. JAMES SCHOOL *v.* EARL H. WICKLUND

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*L. W. Francis,* in support of the petition.
*Charles W. Bauer,* in opposition.

Decided February 22, 1989